IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC. ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | CASE NO. 3:06CV404-T |
| ) | |
| BUFFALO HOLDINGS, LLC ) | |
| ) | |
| DEFENDANT ) | |

## MOTION TO EXTEND TIME

Comes now the parties in the above action and requests this Court to extend the time for filing the Rule 26 Order with this Court from June 2, 2006 to June 9, 2006.

As grounds for this Motion the parties would state that each thought the other had sent the proposed order in. Neither knew of the fact the other had not done so until the Court's telephone inquiry June 6, 2006, inquiring as to why the Order had not been sent in.

The parties apologize to the Court for this inconvenience.

Respectfully submitted this the 7th day of June, 2006.

/s/John A. Tinney
John A. Tinney      (TIN005)
Attorney for the Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274

/s/ Guy V. Martin, Jr.
Guy V. Martin, Jr. (MAR011)
Martin, Rawson & Woosley, P.C.
Attorney for the Defendant
#2 Metroplex Drive
Suite 102
Birmingham, Alabama  35209