IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC. ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | CASE NO. 3:06CV404-T |
| ) | |
| BUFFALO HOLDINGS, LLC ) | |
| ) | |
| DEFENDANT ) | |

Pursuant to Fed.R.Civ.P. 26(f), counsel for the parties submit this proposed discovery plan to the Court:

1.  **Pre-discovery Disclosures.**  The parties will exchange within 30 days the information required by Fed.R.Civ.P 26(a)1).

2.  **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

    a.  Discovery will be needed on the following subjects: chain of title; real estate transactions affecting the parties; and plaintiff's suit.

    b.  All discovery commenced in time to be completed by November 1, 2006.

    c.  Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

    d.  Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

    e.  Maximum of 10 depositions by plaintiff and 10 by defendant.

    f.  Each deposition limited to maximum of 5 hours unless extended by agreement of parties.

  g. Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff by September 1, 2006

    from defendant by October 1, 2006

  h. Supplementations under Rule 26(e) due November 1, 2006.

3. **Other Items.**

  a. The parties do not request a conference with the Court before entry of the scheduling order.

  b. Plaintiff should be allowed until August 1, 2006 to join additional parties and until September 1, 2006 to amend the pleadings.

  c. Defendant should be allowed until September 1, 2006 to join additional parties and until August 1, 2006 to amend the pleadings.

  d. All potentially dispositive motions should be filed by November 1, 2006.

  e. Settlement is likely and may be enhanced by use of mediation.

  f. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    from plaintiff by November 1, 2006

    from defendant by December 16, 2006.

  h. Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  i. The case should be ready for trial by January 15, 2007.

Date:  June 8, 2006

| | |
|---|---|
| s/John A. Tinney | s/ Guy V. Martin, Jr. |
| John A. Tinney     (TIN005) | Guy V. Martin, Jr. (MAR011) |
| Attorney for the Plaintiff | Martin, Rawson & Woosley, P.C. |
| Post Office Box 1430 | Attorney for the Defendant |
| Roanoke, Alabama  36274 | #2 Metroplex Drive |
| | Suite 102 |
| | Birmingham, Alabama  35209 |