IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HUTTO CONSTRUCTION, INC.,   )
                            )
    Plaintiff,              )
                            )
                            )     CIVIL ACTION NO.
    v.                      )     2:06cv404-MHT
                            )
BUFFALO HOLDINGS, LLC,      )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion to extend time (doc. no. 4) is granted.

DONE, this the 8th day of June, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE