IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC.,   )<br>                             )<br>    Plaintiff,              )<br>                             )   CIVIL ACTION NO.<br>    v.                       )   2:06cv404-MHT<br>                             )<br>BUFFALO HOLDINGS, LLC,       )<br>                             )<br>    Defendant.               ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 8) is set for submission, without oral argument, on August 11, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 25th day of July, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE