IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC. ) | |
| PLAINTIFF ) | |
| VS. ) | CASE NO. 3:06-CV-404-T |
| BUFFALO HOLDINGS, LLC ) | |
| DEFENDANT ) | |

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff Hutto Construction, by its attorney, John Tinney, and moves the Court to grant Plaintiff an additional seven days within which to file its Brief in Opposition to the Defendant's Motion for Summary Judgment.

The Brief in Opposition is due to be filed on Friday, August 11, 2006.

The undersigned requests that he be granted seven (7) additional days through Friday, August 18, 2006, within which to file his Brief in Opposition to Motion for Summary Judgment.

As grounds for this Motion, the undersigned counsel would state as follows:    The undersigned counsel for Plaintiff has a major medical malpractice trial beginning Monday, August 14, 2006, in Autauga County.

Defendant's counsel has no objection to this extension.

The undersigned counsel would respectfully state that no prejudice would work to anyone to grant the additional seven (7) days.

Respectfully submitted this the 10th day of August, 2006.

/s/ John A. Tinney
John A. Tinney     TIN005
Attorney for Plaintiff Hutto
Post Office Box 1430
739 Main Street
Roanoke, Alabama  36274
(334) 863-8945

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

GUY V. MARTIN
Attorney for Defendant

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: (NONE)

                  Respectfully submitted,

                  s/ John A. Tinney_____
                  John A. Tinney
                  Attorney for Plaintiff
                  Post Office Box 1430
                  739 Main Street
                  Roanoke, Alabama  36274
                  Phone:  (334) 863-8945
                  Fax:  (334) 863-7114
                  TIN005

1.

1.