IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| HUTTO CONSTRUCTION, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:06cv404-MHT |
| | ) | |
| BUFFALO HOLDINGS, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for enlargement of time to file response (Doc. No. 11) is denied for the following reasons.

"Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, oral extension requests and motions are not allowed, and 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 7), § 9(B).

The movant's stated reason for his request, a trial scheduled for Monday, August 14, 2006, does not explain

why this motion was filed just before the deadline for the response to the motion for summary judgment, rather than days, or even weeks, in advance.

DONE, this the 11th day of August, 2006.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**