IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC.           ) | |
|       PLAINTIFF           ) | |
| VS.           ) | CASE NO. 3:06-CV-404-T |
| BUFFALO HOLDINGS, LLC           ) | |
|       DEFENDANT           ) | |

<u>PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT</u>

Comes now Plaintiff and in response to the Motion for Summary Judgment filed by the Defendant in this case would provide to the Court the following in opposition thereto.

    1.    Brief in Opposition to Motion for Summary Judgment.

    2.    Evidentiary submission in support of this Opposition to Motion for Summary Judgment. References to times herein are to tabs contained in the Evidentiary Submission.

The record establishes there exist genuine issues of material facts and that the Defendant is not due judgment as a matter of law.

Respectfully submitted this the 11th day of August, 2006.

/s/ John A. Tinney
John A. Tinney    TIN005
Attorney for Plaintiff Hutto
Post Office Box 1430
739 Main Street
Roanoke, Alabama  36274
(334) 863-8945

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

GUY V. MARTIN
Attorney for Defendant

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  (NONE)

Respectfully submitted,

s/ John A. Tinney_____
John A. Tinney
Attorney for Plaintiff
Post Office Box 1430
739 Main Street
Roanoke, Alabama  36274
Phone:  (334) 863-8945
Fax:  (334) 863-7114
TIN005