**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **HUTTO CONSTRUCTION, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. 3:06CV404-T |
| | ) |
| **BUFFALO HOLDINGS, LLC.,** | ) |
| | ) |
|     **Defendant.** | ) |

**MOTION TO WITHDRAW MOTION TO COMPEL**

On October 30, 2006, defendant, Buffalo Holdings, LLC, filed a motion requesting the Court to enter an Order compelling plaintiff Hutto Construction, Inc. to respond to discovery requests. Defendant has since received the outstanding discovery, and hereby moves to withdraw its Motion to Compel Discovery without prejudice

Respectfully submitted,

s/ Guy V. Martin, Jr.
Guy V. Martin, Jr. (MAR011)
Martin, Rawson & Woosley, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama  35209
Telephone: (205) 802-1100

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Tinney
Attorney for Plaintiff

 s/ Guy V. Martin, Jr.
OF COUNSEL