IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv404-MHT |
| | ) |
| BUFFALO HOLDINGS, LLC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to compel discovery (doc. # 17) filed on October 30, 2006, and motion to withdraw motion to compel (doc. # 18), filed on November 1, 2006. Upon consideration of the motions, and for good cause, it is

ORDERED that the motion to withdraw motion to compel (doc. # 18) be and is hereby GRANTED.

Done this 6th day of November, 2006.

                                                 /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE