IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:06CV404-T |
| | ) |
| BUFFALO HOLDINGS, LLC., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT

COMES NOW, defendant Buffalo Holdings, LLC and moves the Court for leave to file a brief in response to Plaintiff's opposition to summary judgment. While defendant believes that the issues of this case are presented in a straight-forward fashion in defendant's motion for summary judgment, defendant believes that a response to plaintiff's opposition would prove beneficial in decreasing any likelihood of confusion and save the Court's time at oral argument.

Respectfully submitted,

 s/ Guy V. Martin, Jr.
Guy V. Martin, Jr., Esq.
MARTIN, RAWSON & WOOSLEY, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama 35209

ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this the 30th day of January, 2007, that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Tinney, Esq.<br>
Post Office Box 1430<br>
739 Main Street<br>
Roanoke, Alabama 36274

                                              s/ Guy V. Martin, Jr.
                                              OF COUNSEL