IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:06CV404-T |
| BUFFALO HOLDINGS, LLC., | ) |
| Defendant. | ) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to Section 3 of the Court's Uniform Scheduling Order, on January 26, 2007, counsel for the parties held a settlement conference but were unable to agree on a resolution of this matter. Additionally, both parties agree that mediation would not prove to be a viable means to resolve the issues of this case.

Respectfully submitted,

s/ Guy V. Martin, Jr.
Guy V. Martin, Jr., Esq.
MARTIN, RAWSON & WOOSLEY, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama 35209
ATTORNEY FOR THE DEFENDANT

s/ John A. Tinney
John A. Tinney, Esq.
Post Office Box 1430
739 Main Street
Roanoke, Alabama 36274
ATTORNEY FOR THE PLAINTIFF