IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC.,   )<br>                              )<br>   Plaintiff,                 )<br>                              )         CIVIL ACTION NO.<br>   v.                         )           3:06cv404-MHT<br>                              )<br>BUFFALO HOLDINGS, LLC,        )<br>                              )<br>   Defendant.                 ) | |

## ORDER

It is ORDERED that defendant Buffalo Holdings, LLC's motion for leave to file a response (doc. no. 21) is granted.  The defendant is to file the response no later than 12:00 noon on February 1, 2007.

DONE, this the 30th day of January, 2007.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE