IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HUTTO CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06CV404-T |
| | ) | |
| BUFFALO HOLDINGS, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

### EXHIBIT LIST OF DEFENDANT

Defendant, Buffalo Holdings, LLC, submits its exhibit list pursuant to the Court's Uniform Scheduling Order, as follows:

### EXHIBITS

The defendant expects to introduce the following exhibits at trial. These documents are available at the office of the undersigned for copying and inspection by plaintiff or plaintiff's counsel.

1. Documents submitted in support of defendant's motion for summary judgment:
   - Mortgage from Clayton Bailey to Bank of Wedowee, dated July 15, 2002.
   - Judgment against Redhawk Ventures, LLC.
   - Mortgage Foreclosure Deed, dated November 12, 2003.
   - Court Order holding Clayton Bailey and Wendelin Werley individually liable for judgment.
   - Deed from Bank of Wedowee to Buffalo Holdings
2. Documents produced by either party during discovery.
3. Documents submitted by plaintiff in support of plaintiff's opposition to defendant's motion for summary judgment.
4. Documents described on plaintiff's exhibit list.
5. All pleadings, motions, exhibits, and other documents contained in the Court's file in the referenced action or filed or served by either party, including without limitation all

exhibits attached to such documents.

6. Files of the witnesses named above with respect to the subject transactions.

7. All documents needed for rebuttal purposes.

Respectfully submitted,

s/ Guy V. Martin, Jr.
Guy V. Martin, Jr.
MARTIN, RAWSON & WOOSLEY, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama 35209
Telephone: (205) 802-1100

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 31th day of January, 2007, that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Tinney, Esq.
Post Office Box 1430
739 Main Street
Roanoke, Alabama 36274

s/ Guy V. Martin, Jr.
OF COUNSEL