IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06CV404-T |
| ) | |
| BUFFALO HOLDINGS, LLC., ) | |
| ) | |
| Defendant. ) | |

### WITNESS LIST OF DEFENDANT

Defendant, Buffalo Holdings, LLC, submits its witness list pursuant to the Court's Uniform Scheduling Order, as follows:

### WITNESSES

The defendant expects to call the following witnesses:

1. Wendelin Werley; P.O. Box 309 Wedowee, AL 36278; 256-357-4305.
2. Randy C. Simpkins; 2030 Oak Grove Road; Carrollton, GA 30117; 770-854-6000.
3. Rodney Walker; 515B E. Battle Street, Talladega, AL 35161; 256-761-1925.
4. Representatives of Hutto Construction Co.; 515B East Battle Street, Talladega, AL 35161; 256-761-1925.
5. Representatives of Bank of Wedowee; 111 West Broad St., Wedowee, AL 36278; 256-357-2132.

The following witnesses will be called to testify only if the need arises:

1. Clayton Bailey; 260 Geneva Drive, East Aurora, New York 14052; 716-652-5117.
2. Representatives of McIntosh Commercial Bank; 820 Dixie St., Carrollton, GA 30117; 770-834-1611.
3. Larry C. Simpkins; 2030 Oak Grove Road; Carrollton, GA 30117; 770-854-6000.
4. James E. Duffey, Jr.; 2030 Oak Grove Road; Carrollton, GA 30117; 770-301-4064.
5. Jesse S. Vogtle, Jr., Esq.; P.O. Box 306, Birmingham, AL 35201; 205-226-3465.
6. Robert P. Reynolds, Esq.; P.O. Box 2863, Tuscaloosa, AL 35403; 205-391-0073.

7. Robert James Campbell, Esq.; 2001 Park Place, Suite 400, Birmingham, AL 35203; 205-251-2531.

8. Gregory M. Varner, Esq.; P.O. Box 338, Ashland, AL 36251; 256-354-5464.

9. J. Todd Miner, Esq.; 2125 Morris Avenue, Birmingham, AL 35203; 205-250-8400.

10. William R. Myers, Esq.; 2125 Morris Ave, Birmingham, AL 35203; 205-250-8400.

11. S. Chadwick Lee, Esq.; P.O. Box 966, Wedowee, AL 36278; 256-357-4800.

12. Jeffrey N. Senkbeil; Lakeshore Title and Land Services, Inc. (to authenticate the chain of title); #2 Metroplex Drive; Suite 102, Birmingham, AL 35209.

13. Any witness on the witness list of plaintiff.

14. Any witness necessary for rebuttal purposes.

Respectfully submitted,

s/ Guy V. Martin, Jr.
Guy V. Martin, Jr.
MARTIN, RAWSON & WOOSLEY, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama 35209
Telephone: (205) 802-1100

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 31th day of January, 2007, that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Tinney, Esq.
Post Office Box 1430
739 Main Street
Roanoke, Alabama 36274

s/ Guy V. Martin, Jr.
OF COUNSEL