IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HUTTO CONSTRUCTION, INC. | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | CASE NO. 3:06CV404-T |
| | ) | |
| BUFFALO HOLDINGS, LLC | ) | |
| | ) | |
| DEFENDANT | ) | |

## EXHIBIT LIST OF PLAINTIFF

Plaintiff, Hutto Construction, Inc., submits its exhibit list pursuant to the

Court's Uniform Scheduling Order, as follows:

## EXHIBITS

The plaintiff expects to introduce the following exhibits at trial.  These

documents are available at the office of the undersigned for copying and

inspection by defendant or defendant's counsel:

1.  All documents submitted in opposition to defendant's Motion for

Summary Judgment.

2.    Documents produced by either party during discovery.

3.    Documents submitted by either plaintiff or defendant in support of

or in opposition to defendant's Motion for Summary Judgment.

4.    Documents described on defendant's exhibit list.

5.    All pleadings, motions, exhibits, and other documents contained in

the Court's file in the referenced action or filed or served by either party, including

without limitation all exhibits attached to such documents.

6.      Files of witnesses with respect to the subject transactions.

7.      All documents needed for rebuttal purposes.

8.      All files of the Bank of Wedowee and any of its attorney's files or

correspondence relating to the property in question.

9.      All mortgages and deeds in the chain of title to the subject property.

10.     All bills for labor and materials furnished by plaintiff for construction

on the subject property.

11.     All foreclosure notices and foreclosure deeds on the subject

property.

> /s/John A. Tinney
> John A. Tinney        (TIN005)
> Attorney for the Plaintiff
> Post Office Box 1430
> Roanoke, Alabama  36274

## CERTIFICATE OF SERVICE

        This is to certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guy V. Martin, Jr.
Martin, Rawson & Woosley, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama  35209
Telephone:  205-802-1100

This 1st day of February, 2007.

> /s/  John A. Tinney
> John A. Tinney
> (TIN005)
> Attorney for Plaintiff