IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC.        ) | |
|           PLAINTIFF        ) | |
| VS.        ) | CASE NO. 3:06CV404-T |
| BUFFALO HOLDINGS, LLC        ) | |
|           DEFENDANT        ) | |

### **WITNESS LIST OF PLAINTIFF**

Plaintiff, Hutto Construction, Inc., submits its witness list pursuant to the Court's Uniform Scheduling Order, as follows:

### **WITNESSES**

The plaintiff expects to call the following witnesses:

1. Wendelin Werley, P. O. Box 309, Wedowee, AL  36278;  256-357-4305.

2. Randy C. Simpkins, 2030 Oak Grove Road, Carrollton, GA  30117; 770-854-6000.

3. Rodney Walker, 515B E. Battle Street, Talladega, AL  35161; 256-761-1925.

4. Representatives of Bank of Wedowee, 111 West Broad Street, Wedowee, AL  36278;  256-357-2132, including, but not limited to Kerry White, Bob Folsom, Scott Carter, James Fincher, Harold Harmon and Roger Campbell.

5. Clayton Bailey, 260 Geneva Drive, East Aurora, NY 14052; 716- 652-5117.

6. James E. Duffey, Jr., 2030 Oak Grove Road, Carrollton, GA 30117; 770 301-4064.

7. Any witness on the witness list of defendant.

8. Any witness necessary for rebuttal purposes.

/s/John A. Tinney
John A. Tinney     (TIN005)
Attorney for the Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guy V. Martin, Jr.
Martin, Rawson & Woosley, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama  35209
Telephone:  205-802-1100

This 1st day of February, 2007.

/s/John A. Tinney
John A. Tinney     (TIN005)
Attorney for Plaintiff