IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
HUTTO CONSTRUCTION, INC.,    )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )          3:06cv404-MHT
                             )
BUFFALO HOLDINGS, LLC,       )
                             )
    Defendant.               )
```

ORDER

Based on the representations made during the pretrial conference today, and in order to give each party the opportunity to address, with regard to the pending summary-judgment motion, the matter of the statute-of-limitations, it is ORDERED that the parties provide supplemental briefing on the following issues:

(1) whether defendant Buffalo Holdings, LLC properly asserted the affirmative defense that this suit is barred by the six-month statute of limitations in 1975 Ala. Code § 35-11-221; and

(2) if so, whether summary judgment is proper based on the six-month statute of limitations in 1975 Ala. Code § 35-11-221.

It is further ORDERED that defendant Buffalo Holdings, LLC submit its supplemental brief by February 9, 2007, and that plaintiff Hutto Construction, Inc. submit a response by February 23, 2007.

DONE, this the 2nd day of February, 2007.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE