IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HUTTO CONSTRUCTION, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv404-MHT |
| | ) | |
| BUFFALO HOLDINGS, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

The parties having agreed that this case can be tried in Montgomery, Alabama, it is ORDERED that the case is transferred from the Eastern Division to Northern Division of the Middle District of Alabama.

DONE, this the 8th day of February, 2007.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE