IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:06CV404-T |
| BUFFALO HOLDINGS, LLC., | ) |
| Defendant. | ) |

**SUPPLEMENT TO EVIDENTIARY SUBMISSION IN SUPPORT OF
MOTION BY BUFFALO FOR SUMMARY JUDGMENT**

The evidentiary submission previously filed by defendant, Buffalo Holdings, LLC, is supplemented by the following:

Affidavit of Guy V. Martin, Jr., Esq. .................................................. Tab F
Attached to the affidavit are the following:

    Complaint filed by Hutto in *Joe Frank Hutto Constr. Co., Inc. v. Red Hawk Ventures, LLC* .................................................. Tab G

    Red Hawk's Answer and Consent to Judgment in *Joe Frank Hutto Constr. Co., Inc. v. Red Hawk Ventures, LLC* .................................................. Tab H

s/ Guy V. Martin, Jr.
Guy V. Martin, Jr.  (MAR011)
MARTIN, RAWSON & WOOSLEY, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama 35209

ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the __9th__ day of February, 2007, that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Tinney, Esq.
Counsel for Plaintiff

s/ Guy V. Martin, Jr.
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06CV404-T |
| ) | |
| BUFFALO HOLDINGS, LLC., ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT

I, Guy V. Martin, Jr., state under oath as follows:

1. My name is Guy V. Martin, Jr. I am an attorney with Martin, Rawson & Woosley, P.C., located at #2 Metroplex Drive, Suite 102, Birmingham, Alabama. I have personal knowledge of the facts set forth in this affidavit and make this affidavit on my own knowledge.

2. The documents attached hereto are true and correct copies of documents produced by Hutto Construction, Inc. in response to discovery requests submitted by Buffalo Holdings, LLC.

Dated: February 6, 2007.

_____(SEAL)
Guy V. Martin, Jr.

SWORN TO and subscribed before me the undersigned notary in and for the State of Alabama, on the day above written.

_____
Notary Public
My Commission Expires:
Notary Public State of Alabama at Large
My Commission Expires: July 25, 2010

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

JOE FRANK HUTTO            )
CONSTRUCTION COMPANY,
INC.                       )

      PLAINTIFF  )
                        CASE NO. CV 2002-183

VS.                        )

RED HAWK VENTURES, LLC     )         **Filed in Office**

      DEFENDANT  )         DEC - 6 2002

                                    KIM S. BENEFIELD
       BILL OF COMPLAINT      Clerk of Circuit Court

Comes now Plaintiff and would show unto this Honorable Court the following facts as a basis for the relief hereinafter prayed for:

1. Plaintiff herein is a construction company doing business in Randolph County.

2. Defendant herein is a limited liability corporation developing the Red Hawk Development outside Wedowee, Alabama.

3. Plaintiff herein performed various work and services for defendant and furnished labor and materials for construction of the Red Hawk Development between September and October of 2002.

4. Defendant owes to Plaintiff the sum of $313,500.34 due for labor and materials as aforesaid.

5.  Plaintiff has been informed by defendant that defendant is unable to pay this indebtedness at this time. It is the desire and agreement of the parties that a judgment would be entered against Red Hawk Ventures, LLC for the monies due to Plaintiff herein.

WHEREFORE, Plaintiff demands judgment against defendant for the sum of $313,500.34.

_____
Rodney Walker

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| JOE FRANK HUTTO CONSTRUCTION COMPANY, INC. ) ) ) | |
| PLAINTIFF ) | CASE NO. CV 2002-183 |
| VS. ) | |
| RED HAWK VENTURES, LLC ) | **Filed in Office** |
| DEFENDANT ) | DEC - 6 2002 |
| | KIM S. BENEFIELD Clerk of Circuit Court |

**ANSWER AND CONSENT TO JUDGMENT**

Comes now Red Hawk Ventures, LLC, and for response for the Bill of Complaint filed by Plaintiff states as follows:

1. The indebtedness to the Plaintiff in the amount of $313,500.34 is acknowledged and agreed upon by defendant as being a just debt that is due and payable for labor and materials previously provided to defendant for the Red Hawk Development.

2. The undersigned does hereby consent that judgment may be entered against Red Hawk Ventures, LLC for the sum of $313,500.34.

Signed this 4th day of December, 2002.

RED HAWK VENTURES, LLC

By: _Wendelin Sweeley_
It's _V. Pres._