IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC. ) | |
|     PLAINTIFF ) | |
| VS. ) | CASE NO. 3:06 CV-404-T |
| BUFFALO HOLDINGS, LLC ) | |
|     DEFENDANT ) | |

### MOTION TO CONTINUE

Comes now Plaintiff and moves the Court to continue the trial setting previously set for this non-jury case from its current setting of March 20, 2007, and as grounds therefore Plaintiff would state as follows:

1.  Jury Civil Court is held in Randolph County, Alabama, twice yearly with a two week term for the trial of pending cases. The Randolph County Jury Civil Term is to begin March 19, 2007, and continue through the week of March 26.

2.  The undersigned presently has set for trial during this two week jury term the following cases:

> *Bailey v. Traylor's Nursing Home* - Case No. CV 2003-010
> *Walker v. Walker* - Case No. CV 2003-030
> *Sims v. Brown* - Case No. CV 2004-184
> *Estate of Myrtice Veal* - Case No. CV 2005-061

  *Najmeh v. AAA Log Homes* - Case No. CV 2005-63
  *Owensby v. Veal* - Case No. CV 2005-072
  *Brooks v. Duffie* - Case No. CV 2005-077
  *Hartzel v. Brown* - Case No. CV 2006-111
  *Halsey v. Adamson* - Case No. CV 2006-153

  3. As the Court can glean from the above, the undersigned counsel has his plate full for the weeks of March 19 and March 26 in preparation of these jury trials.

  4. The undersigned respectfully requests that the Court reset the above-styled matter to late April or early May.

  5. The undersigned would further state that no prejudice will work to either side by the Court resetting this matter for trial at another date.

  6. Plaintiff's counsel has checked with defense counsel and defense counsel has <u>no objection</u> to this matter being reset for trial at a later date by the Court.

  For the above and foregoing reasons Plaintiff respectfully requests that this case be reset from its current trial setting of March 20, 2007.

             s/John A. Tinney_____
             John A. Tinney - TIN005
             Attorney for Plaintiff
             Post Office Box 1430
             739 Main Street
             Roanoke, Alabama  36274
             (334) 863-8945

CERTIFICATE OF SERVICE

      I hereby certify that on _____, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Guy Martin
    Martin, Rawson & Woosley
    2 Metroplex Drive, Suite 102
    Birmingham, Alabama  35209-6800

      I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  (NONE)

                              Respectfully submitted,

                              s/ John A. Tinney_____
                              John A. Tinney          TIN005
                              Attorney for Plaintiff
                              Post Office Box 1430
                              739 Main Street
                              Roanoke, Alabama  36274
                              Phone:  (334) 863-8945
                              Fax:  (334) 863-7114