IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HUTTO CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv404-MHT |
| | ) | |
| BUFFALO HOLDINGS, LLC, | ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 34) is granted.

(2) The non-jury trial of this cause is reset for April 23, 2007, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

(3) The parties to file their proposed findings of fact and conclusions of law by April 18, 2007.

DONE, this the 22nd day of February, 2007.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**