IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:06CV404-T |
| BUFFALO HOLDINGS, LLC., | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE A RESPONSE TO
PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**

COMES NOW, defendant Buffalo Holdings, LLC and moves the Court for leave to file a brief in response to Plaintiff's Reply Brief to Defendant's Supplemental Brief, on the grounds that such a brief would decrease any likelihood of confusion.

Respectfully submitted,

s/ Guy V. Martin, Jr.
Guy V. Martin, Jr., Esq.
MARTIN, RAWSON & WOOSLEY, P.C.
#2 Metroplex Drive, Suite 102
Birmingham, Alabama  35209

ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the __2nd__ day of March, 2007, that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Tinney, Esq.
ATTORNEY FOR PLAINTIFF

s/ Guy V. Martin, Jr.
OF COUNSEL