IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC.,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CIVIL ACTION NO. |
| v.  ) | 3:06cv404-MHT |
| ) | |
| BUFFALO HOLDINGS, LLC,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER

It is ORDERED that defendant Buffalo Holdings, LLC's motion for leave to file a response (doc. no. 37) is granted.

DONE, this the 2nd day of March, 2007.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE