IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
HUTTO CONSTRUCTION, INC.,    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        3:06cv404-MHT
                             )
BUFFALO HOLDINGS, LLC,       )
                             )
    Defendant.               )
```

## ORDER

It is ORDERED that defendant Buffalo Holdings, LLC's motion to strike (doc. no. 38) is denied.

DONE, this the 2nd day of March, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE