IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC.,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 3:06cv404-MHT |
| ) | |
| BUFFALO HOLDINGS, LLC,    ) | |
| ) | |
|    Defendant.    ) | |

ORDER

The court having orally informed plaintiff Hutto Construction, Inc. that the **entire** record in Randolph County Circuit Court Civil Action No. CV 03-113 should be submitted to this court, and said record having been received from the circuit court clerk, it is ORDERED that the circuit court record is now evidence in this case, and the clerk of the court is DIRECTED to docket said record as supplemental evidence.

DONE, this the 8th day of March, 2007.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE