IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC.,   )<br>                              )<br>    Plaintiff,              )<br>                              )       CIVIL ACTION NO.<br>    v.                        )         3:06cv404-MHT<br>                              )<br>BUFFALO HOLDINGS, LLC,       )<br>                              )<br>    Defendant.                ) | |

### ORDER

Because of a scheduling conflict, it is ORDERED as follows:

(1) The non-jury trial of this cause is reset for May 31, 2007, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

(2) The parties are to file their proposed findings of fact and conclusions of law by May 23, 2007.

DONE, this the 3rd day of April, 2007.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE