**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 6, 2007

## NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Hutto Construction, Inc. v. Buffalo Holdings, LLC

Case Number:   2:06cv00404-MHT

**This Notice of Correction was filed in the referenced case this date to correct the main PDF document previously attached.**

**The correct main PDF document is attached to this notice for your review.  Reference is made to document # 44   filed on    April 5, 2007.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| HUTTO CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:06CV404-T |
| | ) |
| BUFFALO HOLDINGS, LLC., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF

COMES NOW, defendant Buffalo Holdings, LLC and moves the Court for leave to file a supplemental brief addressing the relevance of the record from Randolph County Case No. 03-113, Joe Frank Hutto Constr. Co., Inc. v. Clayton Bailey, Clayton Bailey Revocable Trust, Wendelin Werley, and Redhawk Ventures, LLC, to the resolution of this lawsuit by summary judgment. Defendant submits that such a brief would prove beneficial in decreasing any likelihood of confusion and save the Court's time at trial.

    Respectfully submitted,

    s/ Guy V. Martin, Jr.
    Guy V. Martin, Jr., Esq.
    MARTIN, RAWSON & WOOSLEY, P.C.
    #2 Metroplex Drive, Suite 102
    Birmingham, Alabama 35209

    ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this the 5th day of April, 2007, that I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John A. Tinney, Esq.
Post Office Box 1430
739 Main Street
Roanoke, Alabama 36274

        s/ Guy V. Martin, Jr.
        OF COUNSEL