IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HUTTO CONSTRUCTION, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv404-MHT |
| | ) | |
| BUFFALO HOLDINGS, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion for leave to file a supplemental brief (Doc. No. 44) is granted.

DONE, this the 6th day of April, 2007.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE