```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


HUTTO CONSTRUCTION, INC.,     )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     3:06cv404-MHT
                              )         (WO)
BUFFALO HOLDINGS, LLC,        )
                              )
    Defendant.                )
```

JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Buffalo Holdings, LLC's motion for summary judgment (doc. no. 8) is granted.

(2) Judgment is entered in favor of defendant Buffalo Holdings, LLC and against plaintiff Hutto Construction, Inc., with plaintiff Hutto Construction, Inc. taking nothing by its complaint.

It is further ORDERED that costs are taxed against plaintiff Hutto Construction, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 21st day of May, 2007.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**